# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE FRANK McBRIDE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>COSENTINI ASSOCIATES, INC.,<br><br>   Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>THE VMC GROUP, SURE SEAL, INC., BERGEN INDUSTRIAL SUPPLY CORP., CLIMATE MASTER, INC. and HUNTER ROBERTS CONSTRUCTION GROUP, LLC,<br><br>   Third-Party Defendants.<br><hr>HUNTER ROBERTS CONSTRUCTION GROUP, LLC,<br><br>   Fourth-Party Plaintiff,<br><br>vs.<br><br>THE FRANK McBRIDE COMPANY, | Civil Action No. 2:12-cv-01825-KSH-CLW<br><br>*Civil Action*<br><br>Hon. Katharine S. Hayden, U.S.D.J.<br>Hon. Cathy L. Waldor, U.S.M.J.<br><br><br>**ORDER** |

- 2 -

**THIS MATTER** having been opened to the Court upon the application of Coughlin Duffy LLP, attorneys for third-party defendant/fourth-party plaintiff Hunter Roberts Construction Group, LLC ("HRCG"), for an Order enforcing the agreements between HRCG and The Frank McBride Company; the Court having referred said application to Magistrate Judge Cathy Waldor; Judge Waldor's Report & Recommendation [D.E. 143] having been filed on April 6, 2014, and there being no objections filed thereto,

**IT IS** on this 12th day of May, 2015,

**ORDERED** that the Report & Recommendation is adopted; and it is further

**ORDERED** that The Frank McBride Company must provide a defense and indemnification to Hunter Roberts Construction Group, LLC in the above-captioned matter.

_____
Honorable Katharine S. Hayden, U.S.D.J.